UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRONT CARRIERS LTD.,

                Plaintiff,

-v-

TRANSFIELD ER CAPE LTD.,

                Defendant.

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: _10/21/09_

Case No. 07 Civ. 6333 (RJS)

RICHARD J. SULLIVAN, District Judge:

In light of the recent decision by the United States Court of Appeals for the Second

Circuit in *The Shipping Corporation of India Ltd. v. Jaldhi Overseas Pte Ltd.*, ____ F.3d ___,

No. 08 Civ. 3477, 2009 WL 3319675 (2d Cir. Oct. 16, 2009), Plaintiff is HEREBY ORDERED

to provide the Court with a letter, to be *received* no later than Monday, October 26, 2009,

explaining why the *ex parte* order for Process of Maritime Attachment and Garnishment and any

attachments effectuated pursuant to that order should not be vacated, and accordingly, why this

case should not be dismissed. The letter shall be sent to the chambers' email address at

sullivannysdchambers@nysd.uscourts.gov.

SO ORDERED.

Dated:      October 20, 2009
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE